March 28, 2008

Mr. Rodney R. Elkins
Rodney R. Elkins & Co.
700 North Pearl, Suite 2150
Dallas, TX 75201
Mr. Larry R. Boyd
Abernathy Roeder Boyd & Joplin, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

RE: Case Number: 06-0525
 Court of Appeals Number: 05-05-00456-CV
 Trial Court Number: 380-02982-04

Style: TREND OFFSET PRINTING SERVICES, INC.
 v.
 COLLIN COUNTY COMMUNITY COLLEGE DISTRICT

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Ms. Hannah |
| |Kunkle |